**Daniel MCCAW, Plaintiff-Appellant,**

v.

**CHARTER TOWNSHIP OF WA-TERFORD, et al., Defendants-Appellees.**

**No. 16-2314**

United States Court of Appeals, Sixth Circuit.

Filed July 20, 2017

Todd F. Flood, Flood Lanctot Connor Stablein, Royal Oak, MI, Janet A. Napp, Law Office, Royal Oak, MI, for Plaintiff-Appellant

Sam G. Morgan, Ahmad Chehab, Gasiorek, Morgan, Greco & McCauley, Farmington Hills, MI, for Defendants-Appellees

BEFORE: SUHRHEINRICH, GILMAN, and McKEAGUE, Circuit Judges.

## MEMORANDUM OPINION

PER CURIAM.

Plaintiff-appellant Daniel McCaw is the former Chief of Police in Waterford Township. In March 2015, his employment was terminated when the Township's Police and Fire Pension Board, upon application of the Waterford Township Board of Trustees, voted to retire him under provisions of state law because he had reached the age of 60 years. McCaw commenced this action against the Township and its Trustees, asserting several claims under federal and state law. The district court issued a 30-page opinion in August 2016, awarding summary judgment in favor of defendants and disposing of all claims.

In this appeal, McCaw challenges only the court's ruling on his claim that the manner of his termination violated his right to procedural due process. We review the summary judgment ruling de novo and, having duly considered McCaw's appellate arguments, we find that they merely rehash arguments fully and properly disposed of by the district court. The district court's opinion represents a well-reasoned and proper application of the law to the record facts. McCaw's arguments fail to identify any error. Concluding that our opinion explicitly addressing his arguments would be entirely duplicative, we hereby **AFFIRM** the judgment of the dis-

trict court based on the analysis set forth in its opinion.